**Opinion issued October November 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00775-CV

———————————

## IN RE D.R.G, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator D.R.G. filed a petition for writ of mandamus, challenging the trial court's refusal to grant default judgment. Relator filed a sworn record and a supplemental sworn record.[1]

---

[1] The underlying case is *In the Interest of [name redacted], A Child*, cause number 2019-20442, pending in the 312th District Court of Harris County, Texas, the Honorable Gloria Glover presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.